

FILED
DEC 0 1 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-MJ-257 SKO |
| Plaintiff, | MJ-11-0539-01 |
| vs. | Order to Unseal Complaint, Order and Warrant for Extradition |
| EMILIO OSORNIO VALDOVIONS, | |
| Defendant. | |

The Court finds that there is good cause to unseal the Complaint, Order and Warrant for Extradition.

IT IS ORDERED that the Complaint, Order and Warrant for Extradition are hereby unsealed.

DATED this 1st day of December, 2011.

Cynthia Imbrogno
United States Magistrate

Order to Unseal Complaint, Order and Warrant for Extradition

1  Michael C. Ormsby
   United States Attorney
2  Eastern District of Washington
   Stephanie J. Lister
3  Assistant United States Attorney
   Post Office Box 1494
4  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
5

6          UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF WASHINGTON
7

8  UNITED STATES OF AMERICA,        )
                                    )
9          Plaintiff,                )
                                    )   MJ-11-0539-01
10         vs.                       )
                                    )   Motion To Unseal Complaint,
11 EMILIO OSORNIO VALDOVINOS,       )   Order and Warrant for
                                    )   Extradition
12         Defendant.                )

13

14     The Plaintiff, United States of America, by and through Michael C. Ormsby,

15 United States Attorney for the Eastern District of Washington, and Stephanie J.

16 Lister, Assistant United States Attorney, moves the Court for an order to unseal

17 the Complaint, Order and Warrant for Extradition in this matter. The Defendant

18 has been arrested in the Eastern District of California and the matter will be

19 transferred there.

20     DATED this 1st day of December, 2011.

21                           Michael C. Ormsby
                             United States Attorney
22
                             s/ Stephanie J. Lister
23
                             Stephanie J. Lister
24                           Assistant United States Attorney

25

26

27

28

Motion To Unseal Complaint, Order and Warrant for Extradition - 1
P11201jm.SLC.wpd